IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NANCY RENEE PARKS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

Civil Action No. 7:13-CV-4 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 12) in which he recommends that this case be dismissed for Plaintiff's failure to respond to a show cause order and to otherwise follow the rules of the Court. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff's complaint is dismissed. The Clerk of Court is directed to close this file.

**SO ORDERED**, this the 16th day of September, 2013.

                                            *s/ Hugh Lawson*
                                            **HUGH LAWSON, SENIOR JUDGE**

mbh